UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-80034-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EUGENE MATTHEWS JR.,

        Defendant.

_____:

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

    The defendant, Eugene Matthews Jr., through counsel, pursuant to 18 U.S.C. § 3583(e)(1), respectfully moves for early termination of the three-year term of supervised release imposed in this case, and in support thereof, Mr. Matthews states:

    1.    On October 29, 2010, Mr. Matthews was sentenced to 114-months imprisonment following his guilty plea to conspiracy to possess with intent to distribute oxycodone, in violation of 18 U.S.C. § 846, followed by a three-year term of supervised release. (DE 63).  Mr. Matthews' sentence was later reduced to 91 months imprisonment pursuant to 18 U.S.C. § 3583(c)(2). (DE 90).

1

2. Mr. Matthews commenced his three-year term of supervision on December 12, 2016 and is scheduled to complete the term of supervision on or about December 11, 2019.

3. This Court is authorized pursuant to 18 U.S.C. § 3583(e)(1) to terminate Mr. Matthews' supervised release after the expiration of one year, if after considering the factors set forth in 18 U.S.C. § 3553, this Court is satisfied that early termination is warranted by the conduct of the defendant and the interest of justice. Mr. Matthews respectfully submits that he meets the criteria for early termination of supervised release.

4. Since commencing supervision, Mr. Matthews has maintained a stable residence and stable employment. He is currently employed as a custom builder and a pizza delivery driver. Accordingly, his Probation Officer, John Minelli, advised the undersigned that Mr. Matthews is currently in compliance with all conditions of his supervision. He has submitted all monthly reports, maintained clean urine tests, and has successfully completed all of his substance abuse treatment. However, Mr. Minelli advised that given Mr. Matthews' aggravated role in the instant offense; he opposes the request for early termination of supervised release.

5. In addition, Assistant United States Attorney, Adrienne Rabinowitz, advised that she also opposes Mr. Matthews' request for early termination of supervised release.

**WHEREFORE**, Mr. Matthews respectfully requests this Honorable Court to grant his motion for early termination of supervised release and discharge him from any further obligations with respect to the sentence imposed in this case.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:   *s/ Chantel R. Doakes*
      Chantel R. Doakes
      Assistant Federal Public Defender
      Florida Bar No. 118626
      One E. Broward Boulevard, Suite 1100
      Fort Lauderdale, FL 33301-1842
      (954) 356-7436
      (954) 356-7556, Fax
      Chantel_Doakes@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: *s/Chantel R. Doakes*
Chantel R. Doakes