```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 10-80034-CR-ZLOCH
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                    **O R D E R**

EUGENE MATTHEWS JR.,

       Defendant.
_____/

THIS MATTER is before the Court upon Defendant Eugene Matthews Jr.'s Motion For Early Termination Of Supervised Release (DE 91). The Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant Eugene Matthews Jr.'s Motion For Early Termination Of Supervised Release (DE 91) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    13th    day of April, 2018.

                                            WILLIAM J. ZLOCH
                                            Sr. United States District Judge

Copies furnished:

All Counsel of Record

John Minnelli, U.S. Probation